IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell Adam Garcia,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CV-05-4039-PHX-FJM<br><br>**ORDER** |

The court has before it the Report and Recommendation of the United States Magistrate Judge (doc. 6), recommending that plaintiff's complaint be dismissed without prejudice because of plaintiff's failure to comply with LRCiv 3.4 and Rule 41(b), Fed. R. Civ. P. No objections to the Report and Recommendation were filed.

The court accepts the recommended decision of the United States Magistrate Judge within the meaning of Rule 72(b), Fed. R. Civ. P. Accordingly, **IT IS ORDERED** dismissing plaintiff's complaint without prejudice (doc. 1).

DATED this 12th day of May, 2006.

　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　United States District Judge